March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Giovanni De La Mora ,
                 Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 May 11860
-CR-

Defendant _Giovanni De La Mora_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Giovanni De la Mora_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

**Jennifer Brown**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_[signature] Stuart D. Aaron_

11/4/2020
Date

U.S. Magistrate Judge